O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO MUNOZ-GUZMAN,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BYUNG KEUN OH D/B/A VILLA MARKET; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No.: 2:18-CV-6003- ODW(RAOx)<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER TO THE INITIAL COMPLAINT [12]** |

The Court, having reviewed the parties' stipulation to extend time for Defendant BYUNG KEUN OH D/B/A VILLA MARKET to respond to Plaintiff SERGIO MUNOZ-GUZMAN's initial Complaint, finds good cause and hereby **GRANTS** Defendant's request.

The Court previously issued an Order to Show Cause on December 26, 2018. (ECF No. 10.) The Parties' Stipulation satisfies the Court's request, and the Order to Show Cause is hereby discharged.

Accordingly, Defendant has up to January 25, 2019 to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

December 27, 2018

_____
   **Honorable Otis D. Wright, II**
   **United States District Judge**